408 A.2d 527

Commonwealth v. Houston, Appellant.

Argued March 27, 1978. Allen L. Feingold, for appellant; Robert B. Lawler, Assistant District Attorney, Chief, Appeals Division, submitted a brief on behalf of Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.

JACOBS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.